IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. GRETA J. HURT and, <br> 2. JULIE D. LYNN, <br><br> Plaintiffs, <br><br> v. <br><br> 1. CITY OF TULSA, OKLAHOMA, <br>    FIRE DEPARTMENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-CV-337-JDR-SH |

## JUDGMENT

NOW ON this 25th day of July, 2025, the Clerk of this Court finds that the Plaintiff s have filed their Acceptance of an Offer to Confess Judgment served upon them by the Defendant pursuant to Rule 68, FRCP. The City of Tulsa's Offer to Allow Judgment states "The Defendant City of Tulsa, pursuant to Federal Rules of Civil Procedure Rule 68, offers to allow judgment to be taken against it in favor of the Plaintiffs Greta J. Hurt and Julie D. Lynn in the amount of Five Hundred Thousand dollars and 00/100 dollars ($500,000.00) for all claims, damages, costs accrued to date of this offer, specifically including attorneys' fees."

The undersigned Clerk of United States District Court for the Northern District of Oklahoma, pursuant to Rule 68, therefore enters judgment for the Plaintiffs on all of their claims, against the Defendant City of Tulsa, for $500,000.00 inclusive of costs and attorney fees.

S/C. Portilloz
Clerk of the United States District Court
for the Northern District of Oklahoma